

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00020-CR

TAMALA Y. WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1650838D

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Appellant Tamala Y. Williams has filed a motion to dismiss this appeal.[1]  The motion was signed by both Williams and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.  *See id.*

Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:     March 6, 2023
Date Decided:     March 7, 2023

Do Not Publish

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.